IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and CYNTHIA KALLICH, Revenue Officer, Internal Revenue Service,<br><br>Petitioners,<br><br>v.<br><br>KHANH TUNG LUONG,<br><br>Respondent. | 2:08-mc-00094-WBS-KJM<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS AND ENFORCING I.R.S. SUMMONS**<br><br>Taxpayers: KHANH TUNG LUONG and CAPITOL FURNITURE |

The United States and Revenue Officer Cynthia Kallich petition for enforcement of two I.R.S. summons. The matter was referred to United States Magistrate Judge Kimberly J. Mueller pursuant to 28 U.S.C. § 636 *et seq.* and Local Rule 73-302. On August 29, 2008, the Magistrate Judge issued an Order to Show Cause, ordering the respondent, Khanh Tung Luong, to show cause why the I.R.S. summonses issued to him on April 3, 2008, should not be enforced. The Petition, Points and Authorities, and Order to Show Cause were personally served upon the respondent. Respondent did not file an opposition to enforcement but appeared at the show-cause hearing on September 24, 2008..

After receiving and considering documentary evidence, on October 6, 2008, the Magistrate Judge filed Findings and Recommendations, finding that the requirements for summons enforcement had been satisfied and recommending that the summons be

1  enforced.  Neither side filed objections to the Magistrate Judge's findings and
2  recommendations.
3      Having reviewed the entire record de novo pursuant to 28 U.S.C. § 636(b)(1)(C)
4  and Local Rule 72-304, the court finds that the Magistrate Judge's findings and
5  recommendations are supported by the record and by proper analysis, and that the
6  requested and unopposed summons enforcement should be granted.  Accordingly, it is
7  hereby ORDERED as follows:
8      1.  The Magistrate Judge's Findings and Recommendations Re: I.R.S. Summons
9  Enforcement, filed October 6, 2008, are ADOPTED IN FULL.
10     2.  The I.R.S. summonses issued to respondent, Khanh Tung Luong, are
11 ENFORCED.
12     3.  Respondent, Khanh Tung Luong, is ORDERED to appear at the I.R.S. offices
13 at 4643 Quail Lakes Drive, Suite 101, Stockton, California, 95207, before Revenue
14 Officer Cynthia Kallich or her designated representative, on Thursday, October 23, 2008,
15 at 9:00 a.m., then and there to be sworn, to give testimony, and to produce for examining
16 and copying the books, checks, records, papers and other data demanded by the summons,
17 the examination to continue from day to day until completed.
18     IT IS SO ORDERED.
19 DATED:  October 24, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE