McGREGOR W. SCOTT
United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814

CAROLINE A. NEWMAN
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone: (202) 305-2558
Email: Caroline.A.Newman@usdoj.gov
Western.Taxcivil@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and CYNTHIA KALLICH, Revenue Officer, Internal Revenue Service,<br><br>Petitioners,<br><br>v.<br><br>KHANH TUNG LUONG,<br><br>Respondent. | 2:08-mc-00094-WBS-KJM<br><br>**ORDER TO SHOW CAUSE RE: CIVIL CONTEMPT**<br><br>Taxpayers: KHANH TUNG LUONG and CAPITOL FURNITURE<br><br>Date: Wednesday, February 4, 2009<br>Time: 10:00 a.m.<br>Ctrm:  Hon. Kimberly J. Mueller<br>          (Crtrm. #26, 8th Floor) |

Upon the petition of McGREGOR W. SCOTT, United States Attorney for the Eastern District of California at the time the petition was submitted, including the declaration of Revenue Officer CYNTHIA KALLICH, it is hereby:

ORDERED that the Respondent, KHANH TUNG LUONG, appear before United States Magistrate Judge Kimberly J. Mueller, in that Magistrate Judge's courtroom in the United States Courthouse, 501 I Street, Sacramento, California, on Wednesday, February 4, 2009, at 10:00 a.m., and that respondent show cause as follows:

///

///

1        1. Why respondent, KHANH TUNG LUONG, should not be held in civil contempt of this Court for his failure to comply with the Order filed on October 24, 2008, directing respondent to comply with the I.R.S. Summonses issued on April 3, 2008.

2. Why the respondent should not incarcerated and ordered to pay a daily fine until he complies with the Order, and ordered to pay a compensatory fine to the United States.

IT IS FURTHER ORDERED that within 7 calendar days after the filing of this Order, the respondent shall file and serve a written response to the Petition re: Civil Contempt of Order Filed December 31, 2008. Only those issues brought into controversy by the responsive papers and supported by declaration will be considered at the hearing on this Order, and any uncontested allegation in the Petition Re: Civil Contempt will be considered admitted.

Respondent is hereby notified that a failure to comply with this Order will subject respondent to possible further sanctions for contempt of Court.

The Clerk shall forward copies of the Order to the Magistrate Judge, the respondent and the United States Attorney.

It is SO ORDERED.

DATED: January 6, 2009.

_____
U.S. MAGISTRATE JUDGE