IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and CYNTHIA KALLICH, Revenue Officer, Internal Revenue Service,<br><br>Petitioners,<br><br>v.<br><br>KHANH TUNG LUONG,<br><br>Respondent. | 2:08-mc-00094-WBS-KJM<br><br>CERTIFICATION OF FACTS AND ORDER TO SHOW CAUSE RE: CIVIL CONTEMPT |

  This case came on for hearing on February 4, 2009, on the Order to Show Cause filed on January 7, 2009. Caroline A. Newman appeared for petitioners, accompanied by I.R.S. representative Hannah Jucutan on behalf of the petitioning Revenue Officer Cynthia Kallich. There was no appearance by or for respondent, Khanh Tung Luong.

/////

/////

/////

/////

/////

MAGISTRATE JUDGE'S CERTIFICATION OF FACTS AND
ORDER TO SHOW CAUSE RE: CIVIL CONTEMPT

1

3969425.1

# CERTIFICATION OF FACTS

The following facts are hereby certified, under 28 U.S.C. § 636(e)(6)(B)(iii) and (B) foll. (iii):

1. By petition filed July 24, 2008, the United States and Revenue Officer Cynthia Kallich initiated these proceedings to enforce two IRS summonses issued April 3, 2008, both for tax collection.

2. The Court issued an Order to Show Cause Re: Tax Summons Enforcement, which was filed August 19, 2008. The Order to Show Cause provided that if the respondent had any defense or opposition to the petition, he must file written opposition, and that only those issues brought into controversy by the responsive pleadings and supported by affidavit would be considered.

3. Respondent, Khanh Tung Luong, was personally served with the petition and order to show cause on September 4, 2008.

4. Because respondent Luong filed no written opposition to the petition to enforce the summonses, but appeared at the hearing and stated that he did not oppose enforcement of the summonses, the matter was submitted on the papers and the court issued Findings and Recommendations Re: I.R.S. Summons Enforcement, filed October 6, 2008.

5. Based on the findings and recommendations, District Judge Shubb issued a final summons enforcement Order, filed October 24, 2008, ordering respondent Luong to comply with the summonses.

6. On the date and time set at the Order to Show Cause Hearing, respondent Luong appeared at the IRS Office in Stockton on October 23, 2008, but left without speaking with a revenue officer or complying with the summonses.

7. Thereafter, by letters dated October 24, 2008 and November 24, 2008, petitioning officer Kallich wrote to respondent Luong, setting new appointments for respondent Luong to appear before her on November 17, 2008 and December 11, 2008, respectively, to comply with the summonses.

8. Respondent Luong failed to respond or appear before Revenue Officer Kallich on either date. His failure to comply with the summons enforcement Order filed October 24, 2008, continues to the present.

9. By the issuance of an Order to Show Cause Re: Civil Contempt, filed January 7, 2009, the court ordered respondent Luong to file a written response regarding contempt, and to appear before the court for hearing on February 4, 2009, at 10:00 a.m., on pain of contempt. No response was filed, and no appearance was made by respondent Luong.

10. Respondent, Khanh Tung Luong, failed to obey the Order enforcing IRS summonses, filed October 24, 2008, by failing to appear and failing to comply with the IRS summonses.

11. Respondent, Khanh Tung Luong, failed to obey the Order to Show Cause Re: Civil Contempt, filed January 7, 2009, by failing to respond in writing and failing to appear at the hearing held February 4, 2009.

It is SO CERTIFIED.

This matter is referred to The Honorable William B. Shubb, United States District Judge, under 28 U.S.C. § 636(e)(6)(B), for trial of the issues of civil contempt and coercive incarceration or other relief.

/////
/////
/////
/////
/////
/////
/////
/////

MAGISTRATE JUDGE'S CERTIFICATION OF FACTS AND
ORDER TO SHOW CAUSE RE: CIVIL CONTEMPT

3

3969425.1

## ORDER TO SHOW CAUSE

Respondent, Khanh Tung Luong, shall appear on April 20, 2009, at 2:00 p.m., before United States District Judge William B. Shubb, in Courtroom 5 on the 14th floor of the United States Courthouse, at 501 I Street, Sacramento, California, then and there to show why he should not be held in contempt, and jailed and subjected to coercive and compensatory monetary sanctions, until he complies with the summons enforcement Order filed October 24, 2008.

It is SO ORDERED.

DATED: March 26, 2009.

_____
U.S. MAGISTRATE JUDGE