UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

UNITED STATES OF AMERICA, and
CYNTHIA KALLICH, Revenue
Officer, Internal Revenue
Service,

       Petitioners,

  v.

KHANH TUNG LUONG,

       Respondent.
_____/

NO. 08-MC-00094 WBS KJM

<u>ORDER</u>

----oo0oo----

        The hearing scheduled pursuant to 28 U.S.C. § 636(e)(6) in the above-captioned action is hereby dropped from the court's calendar. Petitioners may file a new motion for enforcement of the IRS summonses in this action directly with the undersigned judge.

        IT IS SO ORDERED.

DATED: April 20, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1