UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

UNITED STATES OF AMERICA, and  NO. 08-MC-00094 WBS KJM
CYNTHIA KALLICH, Revenue
Officer, Internal Revenue
Service,
        Petitioners,

    v.

KHANH TUNG LUONG,

        Respondent.
_____/

ORDER

----oo0oo----

On April 23, 2009, petitioners United States of America and Cynthia Kallich filed a petition to adjudge respondent in civil contempt for failure to comply with the court's Order of October 24, 2008. The court denies this request because the Order which petitioners ask the court to enforce inadvertently ordered respondent to appear at the IRS offices on the day <u>before</u> the Order was issued. See <u>United States v. Rylander</u>, 460 U.S. 752, 757 (1983) ("Where compliance is impossible, neither the moving party nor the court has any reason to proceed with the

1

civil contempt action.").

IT IS THEREFORE ORDERED that the petition to adjudge respondent in civil contempt be, and the same hereby is, DENIED.

DATED: April 24, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE