UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

UNITED STATES OF AMERICA, and
CYNTHIA KALLICH, Revenue
Officer, Internal Revenue
Service,

        Petitioners,

   v.

KHANH TUNG LUONG,

        Respondent.
_____/

NO. 08-MC-00094 WBS KJM

<u>ORDER</u>

----oo0oo----

On April 28, 2009, the court denied a petition in the above-captioned action to adjudge respondent in civil contempt for failure to comply with the court's Order of October 24, 2008, because the Order petitioners asked the court to enforce inadvertently ordered respondent to appear at the IRS offices on the day <u>before</u> the Order was issued. (Docket No. 21.) Petitioners now move to modify the October 24, 2008 Order to require respondent to appear at the IRS offices at a future date. Petitioners, however, have not proposed a specific date and time

1

for respondent's appearance.

IT IS THEREFORE ORDERED that within five days of the date of this Order, petitioners shall propose a specific future date and time for respondent's appearance at the IRS offices. The court will then amend the October 24, 2008 Order accordingly and require the United States Attorney to arrange for personal service of the amended Order on respondent.

DATED: May 12, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE