UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

UNITED STATES OF AMERICA, and
CYNTHIA KALLICH, Revenue
Officer, Internal Revenue
Service,

    Petitioners,

  v.

KHANH TUNG LUONG,

    Respondent.
_____/

NO. 08-MC-00094 WBS KJM

<u>ORDER RE: PETITIONERS' MOTION TO MODIFY ORDER</u>

----oo0oo----

On October 24, 2008, the court issued an Order in the above-captioned action enforcing the IRS summonses issued to respondent and ordering respondent Khanh Tung Luong to appear at the IRS offices in Stockton, California. (Oct. 24, 2008 Order (Docket No. 10).) Respondent did appear at the IRS offices on October 23, 2008, but apparently left before speaking with a revenue officer or complying with the summonses. (Certification of Facts (Docket No. 16) ¶ 6.) Petitioners subsequently filed a petition to adjudge respondent in civil contempt for violating

1

the October 24, 2008 Order. The court denied that petition, however, because the Order petitioners sought to enforce inadvertently ordered respondent to appear at the IRS offices the day before the Order was issued. (Docket No. 21.)

Petitioners now move to modify the October 24, 2008 Order to require respondent to appear at the IRS offices on July 15, 2009. (Docket Nos. 22, 24.)

IT IS THEREFORE ORDERED THAT:

1) The IRS summonses issued to respondent Khanh Tung Luong are enforced;

2) Respondent Khanh Tung Luong is ordered to appear at the IRS offices at 4643 Quail Lakes Drive, Suite 101, Stockton, California, 95207, before Revenue Officer Cynthia Kallich or her designated representative on Wednesday, July 15, 2009, at 10:00 a.m., then and there to be sworn, to give testimony, and to produce for examining and copying the books, checks, records, papers, and other data demanded by the summonses, the examination to continue from day to day until completed;

3) Petitioners shall arrange for a Vietnamese interpreter for respondent during this examination;

4) The U.S. Attorney is directed to arrange for service of a copy of this Order upon respondent within twenty-one days of the date of this Order in the manner previously ordered by the assigned Magistrate Judge, specifically:

A) The group manager of the petitioning IRS employee, and all federal employees designated by that group manager, are appointed to serve process in this case;

B) A copy of this Order shall be served by

delivering a copy to the respondent personally or by leaving a copy at the respondent's dwelling house or usual place of abode with some person of suitable age and discretion then residing therein within twenty-one days of the date of this Order, unless such service cannot be made despite reasonable efforts;

        C) If the federal employee assigned to serve a copy of this Order is unable to serve it as provided above despite making reasonable efforts to do so, a copy of this Order may be served by any other means of service permitted by Federal Rule of Civil Procedure 4(e) or petitioners may request a court order granting leave to serve by other means. The federal employee assigned to serve the documents shall make a certificate detailing the efforts made within the twenty-one day period to serve the respondent; and

        D) Proof of any service shall be filed with the Clerk of the Court as soon as practicable.

    IT IS SO ORDERED.

DATED: May 15, 2009

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE