UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

UNITED STATES OF AMERICA, and
CYNTHIA KALLICH, Revenue
Officer, Internal Revenue
Service,

      Petitioners,

  v.

KHANH TUNG LUONG,

      Respondent.
      _____/

NO. 08-MC-00094 WBS KJM

ORDER TO SHOW CAUSE

----oo0oo----

On May 18, 2009, the court issued an Order in the above-captioned action enforcing the IRS summonses issued to respondent Khanh Tung Luong and ordering respondent to appear at the IRS offices in Stockton, California at 10:00 a.m. on July 15, 2009. (May 18, 2009 Order (Docket No. 25).) Respondent was served with the Order of May 18, 2009 on May 27, 2009 (Docket No. 26), but did not appear at the IRS offices at the scheduled date and time, nor at any time since then. (Kallich Decl. ¶¶ 4-5.)

Petitioners now petition the court for an order to show

1

cause why respondent should not be held in civil contempt for his failure to comply with the court's Order of May 18, 2009. (Docket Nos. 22, 24.)

        IT IS THEREFORE ORDERED that respondent Khanh Tung Luong shall appear before United States District Judge William B. Shubb on Monday, November 9, 2009, at 2:00 p.m. in courtroom number 5 of the United States Courthouse, 501 I Street, Sacramento, California, to show cause why: 1) respondent should not be held in civil contempt of this court for his failure to comply with the Order of May 18, 2009, and 2) why respondent should not be incarcerated and ordered to pay a daily fine until he complies with the Order of May 18, 2009, and ordered to pay a compensatory fine to the United States.

        The United States Attorney is directed to arrange for service of a copy of this Order and petitioners' Points and Authorities Re: Contempt of Order filed May 18, 2009, upon respondent within twenty-one days of the date of this Order in the manner previously ordered by the assigned Magistrate Judge, specifically:

        1) The group manager of the petitioning IRS employee, and all federal employees designated by that group manager, are appointed to serve process in this case;

        2) A copy of this Order shall be served by delivering a copy to the respondent personally or by leaving a copy at the respondent's dwelling house or usual place of abode with some person of suitable age and discretion then residing therein within twenty-one days of the date of this Order, unless such service cannot be made despite reasonable efforts;

   3) If the federal employee assigned to serve a copy of this Order is unable to serve it as provided above despite making reasonable efforts to do so, a copy of this Order may be served by any other means of service permitted by Federal Rule of Civil Procedure 4(e) or petitioners may request a court order granting leave to serve by other means.  The federal employee assigned to serve the documents shall make a certificate detailing the efforts made within the twenty-one day period to serve the respondent; and

   4) Proof of any service shall be filed with the Clerk of the Court as soon as practicable.

   IT IS SO ORDERED.

DATED:  August 18, 2009

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3