LAWRENCE G. BROWN
Acting United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814

CAROLINE A. NEWMAN
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 305-2558
Email: Caroline.A.Newman@usdoj.gov
Western.Taxcivil@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, and CYNTHIA KALLICH, Revenue Officer, Internal Revenue Service,<br><br>Petitioners,<br><br>v.<br><br>KHANH TUNG LUONG,<br><br>Respondent. | 2:08-mc-00094-WBS-KJM<br><br>**ORDER ON PETITIONERS' EX PARTE MOTION TO APPEAR BY TELEPHONE AT CONTEMPT ORDER TO SHOW CAUSE HEARING**<br><br>Taxpayers: KHANH TUNG LUONG and CAPITOL FURNITURE<br><br>Date: Monday, November 9, 2009<br>Time: 2:00 p.m.<br>Ctrm: Hon. William B. Shubb<br>   (Crtrm. #5, 14th Floor) |
|---|---|

Upon the petition of the United States of America, and for good cause shown, it is hereby:

ORDERED that counsel for the United States, Caroline A. Newman, may appear by telephone at the Contempt Order to Show Cause Hearing set for November 9, 2009. An Assistant United States Attorney will appear in person on behalf of the United States with the petitioning Revenue Officer at the hearing.

///

1     It is SO ORDERED.

3 DATED: October 28, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE