UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA



FILED
DEC 17 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | Case No.  2:08-MC-0094 WBS |
|                       )                                        | |
|        Plaintiff,                                )                 | |
| v.                                                       )          | ORDER FOR RELEASE |
|                                                      )               | OF PERSON IN CUSTODY |
| KHANH TUNG LUONG,                    )             | |
|                                                       )              | |
|        Defendant.                              )                 | |
|                                                        )             | |

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release **Khanh Tung Luong** Case 2:08MC-0094 WBS from custody

for the following reasons:

       __ Release on Personal Recognizance

       __ Bail Posted in the Sum of _____

       __  Unsecured bond

       __ Appearance Bond with 10% Deposit

       __ Appearance Bond secured by Real Property

       __ Corporate Surety Bail Bond

       **X** **(Other)  Defendant ordered released pending compliance as ordered by the**

**Court on December 17, 2009.**

Issued at  Sacramento, CA  on  December 17, 2009  at  3:15 p.m.

By _____
William B. Shubb,
United States District Judge

Orig & Copy: USM
Copy to Docketing