1   BENJAMIN B. WAGNER
    United States Attorney
2   501 I Street, Suite 10-100
    Sacramento, CA 95814
3
    CAROLINE A. NEWMAN
4   Trial Attorney, Tax Division
    U.S. Department of Justice
5   P.O. Box 683
    Ben Franklin Station
6   Washington, D.C.  20044-0683
    Telephone: (202) 305-2558
7   Email: Caroline.A.Newman@usdoj.gov
    Western.Taxcivil@usdoj.gov
8
9              IN THE UNITED STATES DISTRICT COURT FOR THE
10                  EASTERN DISTRICT OF CALIFORNIA
11

| | |
|---|---|
| 12  UNITED STATES OF AMERICA, and CYNTHIA KALLICH, Revenue Officer, Internal Revenue Service, | 2:08-mc-00094-WBS-KJM |
| 13 | [PROPOSED] ORDER RE: CIVIL CONTEMPT COMPLIANCE |
| 14       Petitioners, | |
| 15       v. | Taxpayers: KHANH TUNG LUONG and CAPITOL FURNITURE |
| 16  KHANH TUNG LUONG, | |
| 17       Respondent. | |

18

19        This matter came before the Court on December 17, 2009, on an Order Adjudging

20   Respondent in Civil Contempt and a bench warrant filed November 19, 2009.  On behalf

21   of Petitioners, Caroline A. Newman appeared telephonically, and Assistant United States

22   Attorneys Yoshinori H.T. Himel and Earlene Gordon, as well as Revenue Officer Cynthia

23   Kallich appeared in the Courtroom.  Federal Public Defenders Matthew Bochman and

24   Jeffrey Staniels appeared on behalf of the Respondent.  A Vietnamese interpreter, Duc

25   Nguyen, was also present to assist the Respondent.  The Respondent appeared in custody.

26        After initial proceedings, the Court recessed so that Revenue Officer Kallich could

27   interview the Respondent.  During the interview, the Respondent executed two I.R.S.

28   ///

forms which have been filed with the Court, in partial compliance of the summonses at issue in this case.

Based upon the foregoing, it is hereby ORDERED that:

A.     Respondent, Khanh Tung Luong, is hereby released;

B.     Respondent, Khanh Tung Luong, is ORDERED to fully comply with the i.R.S. summonses and provide Revenue Officer Cynthia Kallich the documents and information requested in the Form 9297 no later than January 12, 2010;

C.     A status conference is scheduled before this Court on January 14, 2010 at 8:30 a.m.;

D.     Respondent is reminded of his obligation to fully comply with the summonses in this case and is hereby warned that failure to do so will result in further contempt proceedings before this Court which may include incarceration; and

E.     Should respondent fully comply with the summonses prior to the January 14, 2010, status conference, the United States will file a notice of compliance and proposed order with the Court, requesting that the status conference be vacated and that this case be closed.

The Clerk shall forward copies of this Order to the Respondent, the United States Attorney, the Federal Public Defender, and the United States Marshal.


It is SO ORDERED.


DATED:  December 23, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28