BENJAMIN B. WAGNER
United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814

CAROLINE A. NEWMAN
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 305-2558
Email: Caroline.A.Newman@usdoj.gov
Western.Taxcivil@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and CYNTHIA KALLICH, Revenue Officer, Internal Revenue Service,<br><br>Petitioners,<br><br>v.<br><br>KHANH TUNG LUONG,<br><br>Respondent. | 2:08-mc-00094-WBS-KJM<br><br>**ORDER RE: NOTICE OF COMPLIANCE**<br><br>Taxpayers: KHANH TUNG LUONG and CAPITOL FURNITURE |

Before the Court is the Petitioners' Notice of Compliance, requesting that the Court take off calendar the status conference set for January 14, 2010, at 8:30 a.m., before Judge Shubb, and requesting that the Court close this case. Based upon the entire record in this case, and for good cause shown, it is hereby ORDERED that:

    A.    The status conference set for January 14, 2010 at 8:30 a.m. is hereby VACATED;

    B.    This case is hereby CLOSED.

///

///

///

1  The Clerk shall forward copies of this Order to the Respondent, the United States
2  Attorney, and the Federal Public Defender.

4  It is SO ORDERED.

6  DATED:  January 14, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

13 ///
15 ///
17 ///
19 ///
21 ///
23 ///
25 ///
27 ///

[Proposed] ORDER RE: NOTICE OF COMPLIANCE          -2-                                   5076693.1

///

///

DATED: This 13th day of January, 2010.

                                        Respectfully submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney

By:   s/ Caroline A. Newman
        CAROLINE A. NEWMAN
        Trial Attorney, Tax Division
        U.S. Department of Justice
        P.O. Box 683
        Ben Franklin Station
        Washington, D.C. 20044
        Telephone: (202) 305-2558

*Attorneys for the United States of America*